Argued and submitted April 20, appeal dismissed July 5, 1984

PEARCE et al,
*Appellants,*

*v.*

GLASS et al,
*Respondents.*

(8689; CA A29743)

683 P2d 569

Warren John West, Bend, argued the cause and filed the brief for appellants.

Claud A. Ingram, Eugene, argued the cause for respondents. With him on the brief was Bick & Monte, P.C., Eugene.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

In this case, a summary judgment was entered against plaintiff John Pearce, dba Quicksilver Construction Company, but not against plaintiff Wesley Moore. Because the trial court did not make a specific determination under ORCP 67B "that there [was] no just reason for delay" in entering judgment, or expressly direct that judgment be entered against less than all parties, this appeal must be dismissed. ORCP 67B; *Bonner v. Krause,* 69 Or App 1, 684 P2d 10 (1984); *May v. Josephine Memorial Hospital,* 64 Or App 672, 669 P2d 824 (1983).

Appeal dismissed.